FILED
CLERK, U.S. DISTRICT COURT

DEC 23 2015

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TERRY D. REEDER,<br><br>Defendant. | NO. 2:14-CR-00153-ODW<br><br>**ORDER OF DETENTION AFTER HEARING**<br><br>**[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. 3143(a)]** |

The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of his supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).   This finding is based on _____

1

- his failure to proffer any evidence to meet his burden on this issue;
- the prior revocation of his supervised release;
- his history of failures to appear;

and

B.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).   This finding is based on his

- failure to proffer any evidence to meet his burden on this issue;
- criminal history;
- history of substance abuse.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: December 23, 2015

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE